## Commonwealth *v.* Dale, Appellant.

Submitted December 12, 1966. *Leonard Packel*, Assistant

734

Defender, *Martin I. Vinikoor*, First Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *Donald C. Marino* and *Alan J. Davis*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.